# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-2058

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the Eastern |
| v. | * | District of Missouri. |
| | * | |
| Sylvester Pulliam, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

_____

Submitted: November 6, 2003

Filed: November 12, 2003

_____

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Sylvester Pulliam appeals following the district court's[*] denial of Pulliam's motion to dismiss his two-count indictment for distributing cocaine base in violation of 21 U.S.C. § 841(a)(1), contending the district court erroneously declined to construe his motion as a notice of appeal under 18 U.S.C. § 3742(a). The district court did not commit error because Pulliam filed his motion two years after he was sentenced, which was too late for the timely filing of a notice of appeal. See Fed. R.

_____

[*]The Honorable E. Richard Webber, United States District Judge for the Eastern District of Missouri.

App. P. 4(b)(1)(a)(i); <u>United States v. Auman</u>, 8 F.3d 1268, 1271 (8th Cir. 1993) (district court does not have authority under § 3742 to review final sentence).

Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

_____